IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
JUN 19 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ROYCE SPANN, )<br>)<br>)<br>Defendant. ) | CRIMINAL NO. 13-30131-WDS<br><br>Title 21, United States Code,<br>Sections 841(a)(1) and 841(b)(1)(B)(i) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

**Possession with Intent to Distribute Heroin**

On or about March 27, 2013, in St. Clair and Madison County, Illinois, within the Southern District of Illinois,

**ROYCE SPANN,**

defendant herein, did knowingly and intentionally possess with intent to distribute 100 grams or more of a mixture or substance containing heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i).

A TRUE BILL

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
FOREPERSON

_____
JUNGMIN LEE
Assistant United States Attorney

_____
STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond: Detention